June 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAMICHAEL DEMON HENRY, Appellant

NO. 14-11-00381-CR                    V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED,** the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.



# MANDATE

# The Fourteenth Court of Appeals

NO. 14-11-00381-CR

| | |
|---|---|
| JaMichael Demon Henry | Appealed from the 180th District Court of Harris County. (Tr. Ct. No. 1269585). Opinion delivered by Justice Frost. Justices Brown and Christopher also participating. |
| v. | |
| The State of Texas | |

**TO THE 180TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on June 21, 2012, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED,** the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Adele Hedges, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston,                                 .

CHRISTOPHER A. PRINE, Clerk